IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Anthony T | Case Number: 04 B 32210 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 6/24/08 | Filed: 8/31/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 15,187.50 | |
| Secured: | | 9,290.90 |
| Unsecured: | | 1,971.71 |
| Priority: | | 0.00 |
| Administrative: | | 2,714.40 |
| Trustee Fee: | | 762.96 |
| Other Funds: | | 447.53 |
| Totals: | 15,187.50 | 15,187.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,714.40 | 2,714.40 |
| 2. | GE Capital Auto Financial Services | Secured | 7,616.77 | 7,616.77 |
| 3. | Monterey Financial Services | Secured | 112.94 | 112.94 |
| 4. | Chicago Municipal Employees CU | Secured | 1,854.67 | 1,561.19 |
| 5. | Monterey Financial Services | Unsecured | 25.66 | 214.58 |
| 6. | GE Capital Auto Financial Services | Unsecured | 171.84 | 1,436.78 |
| 7. | Commonwealth Edison | Unsecured | 14.09 | 117.80 |
| 8. | Peoples Energy Corp | Unsecured | 13.32 | 0.00 |
| 9. | CFC Financial Corp | Unsecured | 24.22 | 202.55 |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| 12. | Harris & Harris | Unsecured | | No Claim Filed |
| 13. | Marlin Integrated Capital | Unsecured | | No Claim Filed |
| 14. | Custom Auto Credit Sales | Unsecured | | No Claim Filed |
| | | | $ 12,547.91 | $ 13,977.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 146.24 |
| 4% | 44.77 |
| 3% | 33.92 |
| 5.5% | 195.70 |
| 5% | 55.93 |
| 4.8% | 107.59 |
| 5.4% | 178.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Anthony T

Printed: 6/24/08

Case Number: 04 B 32210
Judge: Goldgar, A. Benjamin
Filed: 8/31/04

_____
$ 762.96

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____